Same case below, 403 Ill. App. 3d 1098, 373 Ill. Dec. 146, 993 N.E.2d 146.

**No. 11M39. Jerry Michael Smith, Petitioner v. Richard Kirkland, Warden, et al.**

565 U.S. 975, 132 S. Ct. 542, 181 L. Ed. 2d 344, 2011 U.S. LEXIS 7905.

October 31, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 407 Fed. Appx. 150.